## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MATTHEW E. ORSO IN HIS CAPACITY AS
COURT-APPOINTED SUCCESSOR RECEIVER
FOR REX VENTURE GROUP, LLC,**

      **Plaintiff,**

**v.**                                **Case No.: 8:21-mc-125-VMC-AAS**

**BRIAN SOLANO,**

      **Defendant.**

_____/

## <u>ORDER</u>

Matthew Orso moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue writs of garnishment against Wells Fargo Bank, Citibank, N.A., and Bank of America for a judgment owed by Brian Solano. (Docs. 2, 3, 4).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must

1

file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, entered judgment against the defendant class, including Mr. Solano, in the amount of $102,699.12, plus accruing post-judgment interest. (Doc. 1-1). On September 17, 2021, Mr. Orso registered the judgment in this court. (Doc. 1). According to Mr. Orso's motion, this amount remains unpaid.

Mr. Orso's Motions for Writs of Garnishment (Docs. 2, 3, 4) are **GRANTED**. The Clerk of Court shall issue the writs of garnishment to the named garnishees using the forms attached to Mr. Orso's motions. (Doc. 2-1, 3-1, 4-1). Mr. Orso must include with the writ copies of:

a.   Mr. Orso's Motions for Writ of Garnishment (Docs. 2, 3, 4),
b.   this Order, and
c.   Mr. Orso's Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on September 15, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2